

## Germantown Professional Associates
5753 Wayne Ave
Philadelphia, PA 19144
215-848-8800

Date 2/27/25

### Medical Certificate

Leonard Gamble, BD 4/16/19█ has the following medical problems:
Status Post CVA
Aphasia(result of his stroke) and is unable to speak
Chronic kdney disease
Hypertension
Hyperlipidemia

His daughter has POA and is able to be his representative
She attends all of his medical appointments.

Roberta Lee-Powell DO

Name: GAMBLE JR, LEONARD
DOB: 4/16/█
MRN: 99717514

02/27/2025 15:18:41                                                    1 of 1