IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
|    Leonard Gamble, Jr. | : | Chapter 13 |
| | : | Case No.: 25-10823 |
|    Debtor | : | |

## CERTIFICATE OF SERVICE

     I, Brad J. Sadek, Esq., hereby certify that on the date indicated below a true and correct copy of the Debtor's Motion to Appoint Next of Friend was served electronically or by Regular U.S. Mail upon the Debtor, the United States trustee, chapter 13 trustee, and all interested parties.


Date: March 5, 2025                                     */s/ Brad J. Sadek*
                                                          Brad J. Sadedk, Esquire
                                                          Sadek Law Offices
                                                          2 Penn Center
                                                          1500 JFK Boulevard, Suite 220
                                                          Philadelphia, Pennsylvania 19102
                                                          (215) 545-0008
                                                          brad@sadeklaw.com