**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Leonard Gamble Jr., | Case No. 25-10823-amc |
| | Chapter 13 |
| *Debtor.* | |

**ORDER**

**AND NOW**, upon consideration of the Motion to Appoint Debtor's Daughter Lynn D. Gamble as Next Friend Pursuant to Bankruptcy Rule 1004.1 and 11 U.S.C. 105(a) filed by Debtor Leonard Gamble, Jr., after notice and hearing, and for good cause shown, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. Lynn D. Gamble has the authority to take all actions required by the Debtor as debtor during the pendency of this case, including filing the voluntary petition and testifying on behalf of the Debtor at the meeting of creditors in the Debtor's absence.

3. The Debtor's obligations to complete a pre-petition credit counseling course and a pre-discharge financial management course are waived.

4. This order is effective February 28, 2025.

Date:

_____
Ashely M. Chan
Chief U.S. Bankruptcy Judge